Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

### Commonwealth *v.* Morrow, Appellant.

Submitted June 12, 1967. *James Morrow,* appellant, in propria persona; *Alan J. Davis,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

### Commonwealth, Appellant, *v.* Muehlman.

Argued June 13, 1967. *Ward F. Clark,* District Attorney, for Commonwealth, appellant; *William E. Eimer,* with him *Liederbach and Eimer,* for appellee.

Order affirmed.

WRIGHT, J., absent.

### Commonwealth *v.* Myers, Appellant.

Submitted June 12, 1967. *John Myers,* appellant, in propria persona; no argument was made nor brief submitted for Commonwealth, appellee.

Order affirmed.